PEOPLE V BILLUPS. Appeal from Kent, John T. Letts, J. Submitted Division 3 April 5, 1972, at Grand Rapids. (Docket No. 12354.) Decided May 4, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *James K. Miller,* Prosecuting Attorney, and *Donald A. Johnston, III,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, and *Larry R. Farmer,* Assistant Defender, for defendant on appeal.

Before: T. M. BURNS, P. J., and HOLBROOK and BORRADAILE, JJ.

MEMORANDUM OPINION. Defendant pled guilty to the charge of assault with intent to do great bodily harm, MCLA 750.84; MSA 28.279 and was sentenced to from 3–1/2 to 10 years in prison with credit for time spent in jail prior to sentencing.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.

PEOPLE V CAVER. Appeal from Recorder's Court of Detroit, Samuel H. Olsen, J. Submitted Division 1 April 10, 1972, at Detroit. (Docket No. 12362.) Decided May 4, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Thomas P. Smith,* Assistant Prosecuting Attorney, for the people.

*Markus S. Simon,* for defendant on appeal.

Before: FITZGERALD, P. J., and McGREGOR and O'HARA, JJ.

MEMORANDUM OPINION. The defendant was convicted upon his plea of guilty to breaking and entering with intent to commit a larceny, MCLA 750.110; MSA 28.305, and sentenced to a term of 3–1/2 to 10 years in state prison.

An examination of the record and briefs disclosed no prejudicial error depriving the defendant of a substantial right.

Conviction affirmed.